IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

SUSEL SOMOZA-PRIMELLES,            §
                                  §
    Petitioner,                   §
                                  §
v.                                §        CAUSE NO. EP-26-CV-962-KC
                                  §
KRISTI NOEM et al.,               §
                                  §
    Respondents.                  §

## ORDER

On this day, the Court considered the case. Yoanis Torres Garzon filed a Petition for Writ of Habeas Corpus, ECF No. 1, on behalf of Susel Somoza-Primelles. The Court ordered Torres Garzon to explain why "next friend' was warranted, or for Somoza-Primelles to express her intent to proceed pro se, by May 21, 2026, after they missed their initial deadline to do so. Apr. 30, 2026, Order, ECF No. 5. The Court cautioned the parties that failure to timely respond to the Court Order "may result in dismissal of the case." *Id.* The deadline has again passed, and neither filed a response.

Accordingly, the Court **ORDERS** that the Petition, ECF No. 1, is **DISMISSED**.

**The Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 22nd day of May, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE